Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
roger@crslaw.com

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT 11 AM 10: 30

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:

TARA SISAWANG,
DARA SISAWANG,

Debtor(s).

Bankruptcy No. 10-36696 RKM

[Chapter 7]

--ooOoo--

## DIVIDENDS REMITTED TO COURT

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that the following check is a dividend required to be remitted to the Court:

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 1923322 | GE Money Bank<br>c/o Recovery Management Systems Corporate<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | $2.01 |

Attached is check #1923322 payable to the United States Bankruptcy Court representing the dividend described above.

The addresses listed above constitute the last known address of the creditor in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: October 3, 2011.

_____
Roger G. Segal, Trustee

Date: 10/03/11                                                                                                    Page:

## DIVIDENDS REMITTED TO THE COURT
Check Number 112 Dated 10/03/11
Case Number 10-36696 - SISAWANG, TARA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 000009 | 69.41 | 2.01 |
| Remittance Total --------------- | | 69.41 | 2.01 |

ROGER G. SEGAL, Trustee